UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| IN RE: | } | CHAPTER 13 |
| | } | |
| SARAH JENNIFER POSEY, | } | CASE NO. R18-40543-BEM |
| | } | |
| DEBTOR(S) | } | JUDGE ELLIS-MONRO |

## MOTION TO DISMISS DEBTOR'S MOTION TO RECONSIDER ORDER OF DISMISSAL FOR WANT OF PROSECUTION

COMES NOW, K. Edward Safir, Standing Chapter 13 Trustee in the above-styled matter and files this, his Motion to Dismiss Debtor's Motion to Reconsider Order of Dismissal for Want of Prosecution, respectfully showing the Court the following:

1.

The Debtor filed for relief under Chapter 13 of Title 11 of the United States Code on March 9, 2018, through their attorney of record, Rickman & Associates, P.C. [Doc. No. 1]. The Debtor's proposed Chapter 13 plan was confirmed by this Court on June 13, 2018, and provides for monthly payments of $820.00, a thirty-six (36) month applicable commitment period, and for allowed nonpriority unsecured claims that are not separately classified to be paid a pro rata portion of the funds remaining after disbursements have been made to all other creditors provided for in the plan [Doc. No. 26].

2.

On July 20, 2022, this Court held a third rescheduled hearing on the Trustee's Motion to Dismiss Case for Failure to Make Plan Payments [Doc. No. 37].

K. Edward Safir, Chapter 13 Trustee
285 Peachtree Center Avenue, N.E., Suite 1600
Atlanta, Georgia 30303
(404) 525-1110
eds@atlch13tt.com

3.

On July 21, 2022, the Court entered an Order dismissing this case [Doc. No. 42].

4.

On August 19, 2022, counsel for the Debtor filed a Motion to Reconsider Order of Dismissal, scheduling a hearing thereon for September 14, 2022 [Doc. No. 44].

5.

At said hearing, counsel for the Chapter 13 Trustee, Sonya Buckley Gordon, and counsel for the Debtor agreed that the Debtor would fund the case in the amount of $1,604.00. Since the hearing, the funds have not been paid and the Motion remains unresolved.

6.

On October 31, 2022, counsel for the Trustee contacted Debtor's counsel via electronic mail to withdraw the Motion to Reconsider Order of Dismissal.

7.

As of the date of this pleading, the undersigned has not received a response from Debtor's counsel and the Debtor's Motion to Reconsider Order of Dismissal remains pending on the Court's Docket.

8.

The Debtor's Motion to Reconsider Order of Dismissal has been pending on the Court's Docket for over two (2) months without resolution.

K. Edward Safir, Chapter 13 Trustee
285 Peachtree Center Avenue, N.E., Suite 1600
Atlanta, Georgia 30303
(404) 525-1110
eds@atlch13tt.com

WHEREFORE, based on the foregoing, the Trustee respectfully requests the Court inquire into the above, dismiss the Debtor's Motion to Reconsider Order of Dismissal for want of prosecution pursuant to BLR 7041-1(a)(4), and grant any further relief as the Court deems just and proper.

Respectfully submitted this 14th day of November, 2022.

_____/s/_____
K. Edward Safir
Chapter 13 Trustee
GA Bar No. 622149

K. Edward Safir, Chapter 13 Trustee
285 Peachtree Center Avenue, N.E., Suite 1600
Atlanta, Georgia 30303
(404) 525-1110
eds@atlch13tt.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| IN RE: | } | CHAPTER 13 |
| | } | |
| SARAH JENNIFER POSEY, | } | CASE NO. R18-40543-BEM |
| | } | |
| DEBTOR(S) | } | JUDGE ELLIS-MONRO |

**NOTICE OF HEARING ON MOTION TO DISMISS DEBTOR'S MOTION
TO RECONSIDER ORDER OF DISMISSAL FOR WANT OF PROSECUTION**

    **PLEASE TAKE NOTICE** that the Chapter 13 Trustee has filed a **Motion to Dismiss Debtor's Motion to Reconsider Order of Dismissal for Want of Prosecution** and related papers with the Court.

    **PLEASE TAKE FURTHER NOTICE** that the Court will hold an initial telephonic hearing for announcements on the **motion** at the following number: toll-free number: **(833) 568-8864**; meeting ID **1608620914**, at **10:00 AM** on **December 21, 2022** in Courtroom **342**, United States Courthouse, 600 East First Street, Rome, GA 30161.

    Matters that need to be heard further by the Court may be heard by telephone, by video conference, or in person, either on the date set forth above or on some other day, all as determined by the Court in connection with this initial telephonic hearing. Please review the "Hearing Information" tab on the judge's webpage, which can be found under the "Dial-in and Virtual Bankruptcy Hearing Information" link at the top of the webpage for this Court, www.ganb.uscourts.gov, for more information.

    Your rights may be affected by the Court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the Court to grant the relief sought in these pleadings or if you want the Court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is Clerk, U. S. Bankruptcy Court, 600 East First Street, Room 339, Rome, GA 30161. You must also mail a copy of your response to the undersigned at the address stated below.

Dated: November 21, 2022                        Respectfully submitted,

                                                                             /s/
                                                  K. Edward Safir
                                                  Chapter 13 Trustee
                                                  GA Bar No. 622149

K. Edward Safir, Chapter 13 Trustee
285 Peachtree Center Avenue, N.E., Suite 1600
Atlanta, Georgia 30303
(404) 525-1110
eds@atlch13tt.com

R18-40543-BEM

## CERTIFICATE OF SERVICE

This is to certify that on this day I caused a copy of the foregoing pleading to be served via United States First Class Mail, with adequate postage thereon, on the following parties at the address shown for each:

Sarah Jennifer Posey
182 Rob Brooks Rd
Crandall, GA 30711-5018

Office of the United States Trustee
R. Jeneane Treace
Assistant United States Trustee
362 Richard Russell Building & U.S. Courthouse
75 Ted Turner Drive, S.W.
Atlanta, GA 30303

I further certify that I have on this day electronically filed the pleading using the Bankruptcy Court's Electronic Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

Rickman & Associates, PC


This 14th day of November, 2022.


_____/s/_____
K. Edward Safir
Chapter 13 Trustee
GA Bar No. 622149




K. Edward Safir, Chapter 13 Trustee
285 Peachtree Center Avenue, N.E., Suite 1600
Atlanta, Georgia 30303
(404) 525-1110
eds@atlch13tt.com